# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

vs.                        4:06CR00135-WRW

**JEREMY KERSEY**

## AMENDED JUDGMENT AND COMMITMENT

Pending is the Prosecution's Motion to Amend/Correct Judgment and Commitment (Doc. No. 129). Defendant has responded (Doc. No. 130). The Prosecution's Motion is GRANTED. I believe home detention is an implied condition of electronic monitoring, and home detention is imposed nunc pro tunc. The Judgment entered on August 1, 2008, is amended to reflect this change. The remaining conditions of probation imposed on July 31, 2008, remain in full force and effect.

IT IS SO ORDERED this 28th day of August, 2008.

                                                   /s/Wm. R. Wilson, Jr.
                                      UNITED STATES DISTRICT JUDGE